Louis Appelbaum, Appellant, v. Frieda Appelbaum, Respondent.—

In our opinion, the award for the support of the children is excessive. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.